```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 36236
    TIAJUANA J ALLEN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3118

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/08/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/16/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED              150.00          1.62         150.00
ARONSON FURNITURE          UNSEC W/INTER         84.04          6.69          84.04
CPS                        UNSEC W/INTER       5751.48        416.88        5751.48
ADVOCATE ILLINOIS MASONI   UNSEC W/INTER NOT FILED              .00            .00
CITY OF CHICAGO PARKING    UNSEC W/INTER        100.00          7.80         100.00
CARDHOLDER SERVICES        UNSEC W/INTER        734.06         53.37         734.06
JBC & ASSOCIATES           UNSEC W/INTER NOT FILED              .00            .00
MELVIN J KAPLAN            UNSEC W/INTER NOT FILED              .00            .00
MERRICK BANK               UNSEC W/INTER        805.56         57.80         805.56
TARGET MARSHALL FIELDS     UNSEC W/INTER NOT FILED              .00            .00
PREMIER BANCARD CHARTER    UNSEC W/INTER        413.16         30.16         413.16
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                           632.99
DEBTOR REFUND              REFUND                                            991.89

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 12,937.50

PRIORITY                                              .00
SECURED                                            150.00
    INTEREST                                         1.62
UNSECURED                                        7,888.30
    INTEREST                                       572.70
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               632.99
DEBTOR REFUND                                      991.89
                        --------------        --------------
TOTALS                   12,937.50              12,937.50

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 36236 TIAJUANA J ALLEN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE